```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**DIARRA JERMAINE BODDY,**

      Plaintiff,

v.                                  Civil Action No. 2:15-cv-16026

**CITY OF CHARLESTON, WV, and**
**STATE OF WEST VIRGINIA, and**
**MAGISTRATE HALLORAN, individually**
and officially, and EX-SR.
**PATROLMAN BRIAN A. LIGHTNER,**
individually and officially, and
**PAROLE OFFICER JORDAN MCKINLEY,**
individually and officially,

      Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court are motions to dismiss filed by the City of Charleston, WV and Ex-Sr. Patrolman Brian A. Lightner on October 6, 2017; by the State of West Virginia and Magistrate Halloran on October 9, 2017; and by Parole Officer Jordan McKinley on November 6, 2017.

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to the court of his Proposed Findings and Recommendations ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On July 26, 2018, Magistrate Judge Tinsley entered his PF&R recommending that all defendants' motions be granted and that this action be dismissed from the docket of this court.

No objections having been filed, the plaintiff has waived de novo review of the matter by this court.

It is, accordingly, ORDERED that the motions to dismiss filed, respectively, by the City of Charleston and defendant Lightner; the State of West Virginia and defendant Magistrate Halloran; and defendant McKinley be, and they hereby are, granted, and that this matter be dismissed and removed from this court's docket.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the Magistrate Judge Dwane L. Tinsley.

DATED: August 15, 2018

John T. Copenhaver, Jr.
United States District Judge